**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**AMANDA BRIDGES**     **PLAINTIFF**

**VERSUS**     **NO. 1:13-CV-016-MPM-JMV**

**MISSISSIPPI STATE UNIVERSITY**     **DEFENDANT**

_____

**AGREED ORDER ENLARGING TIME TO RESPOND
TO WRITTEN DISCOVERY REQUESTS**
_____

This matter is before the Court on the joint motion *ore tenus* of Plaintiff, Amanda Bridges, and Defendant, Mississippi State University for an enlargement of time within which the parties may respond to certain outstanding written discovery requests. Finding the motion to be well taken, the Court does hereby ORDER:

1. The deadline for Plaintiff to respond to Defendant's First Set of Interrogatories and Request for Production of Documents to Plaintiff, Amanda Bridges shall be extended to May 22, 2013;

2. The deadline for Defendant to respond to Plaintiff's First Set of Interrogatories, Request for Admissions, and Request for Production of Documents Propounded to Defendant shall be extended to May 23, 2013.

SO ORDERED on this the 7th day of May, 2013.

/s/ Jane M. Virden
United States Magistrate Judge

AGREED:

s/Joseph R. Murray, II
Joseph R. Murray, II, Attorney for Plaintiff

s/Scott F. Singley
Scott F. Singley, Attorney for Defendant

{C0106860 }